"

"

"

# GZJ KDKV'H

## EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,991,234[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Patreon, Inc. ("Patreon"), using the Patreon website, available at www.patreon.com (last visited 4/20/2026) ("Patreon Site"), that infringe at least claim 12 of U.S. Patent No. 11,991,234 ("'234 Patent"). Upon information and belief, Patreon operates streaming services that infringe one or more claims of the '234 Patent (the "Accused Websites"), including at least the Patreon Site.

The chart is exemplary and should not be read to limit DISH's assertions against Patreon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Patreon infringes the claims below.

The following evidence and descriptions, including tests conducted on the Patreon Site, shows that the Accused Websites meet each element of the aforementioned claim(s) of the '234 Patent in substantially the same manner described below.

To the extent that users are required to meet elements of these claims, Patreon induces its users to meet the claim limitation because Patreon provides users with instructions and guidance on how users can use Accused Websites to perform each element of the claims. *See, e.g.*, https://support.patreon.com/hc/en-us (last visited 4/20/2026); https://support.patreon.com/hc/en-us/articles/19501240539405-Navigate-the-Patreon-app-as-a-member (last visited 4/20/2026); https://support.patreon.com/hc/en-us/articles/360060129572-Using-the-Patreon-app (last visited 4/20/2026).

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '234 Patent addressed in that section unless otherwise indicated.

1

## I.    U.S. Patent No. 11,991,234

### A.    Claim 12

> *12[pre]        A method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network, the method comprising:*

The Patreon Site provides information that permits a client device accessing the Patreon Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Patreon connected to the client device via at least one TCP connection. Example client devices include personal computers, Macintosh computers, Apple iPhones, Apple iPads, Android phones, Android tablets, and smart TV devices equipped to access the internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Patreon tested and used the Patreon Site on devices in the U.S. during the relevant time period.

The images in this chart are from the Patreon Site through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player embedded in the web page of, and executed based upon instructions given by, the Patreon Site is available to run on content player devices supporting all the latest versions of major web browsers.

Tests were conducted on videos offered over the Patreon Site executed on a personal computer.  As part of the testing, a personal computer accessing the Patreon Site was connected to the internet through the Charles Proxy application, which enabled the ability to proxy the device's network traffic, to view the device's network traffic, and to throttle the network's available bandwidth. Thus, the test simulated how the Patreon Site responded to lower and higher bandwidths. For the current test, a video titled "Palworld #18" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player embedded in the web page of the Patreon Site displays more details regarding the video and provides the user with the option to view the video.[2]

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Patreon's video server over the network, the Patreon Site's adaptive bitrate streams are provided to the media player

---

[2] The video "Palworld #18" is used in this exemplary claim chart to illustrate Patreon's streaming services and products. On information and belief, the operation of this video, including its use of the HLS adaptive bitrate streaming protocol and the infringing manner in which it is encoded, segmented, and delivered to client devices, is identical to the operation of videos available on the Patreon Site during the term of the '234 Patent. *See, e.g.,* https://www.patreon.com/posts/assassin-of-30-124513103 (posted March 16, 2025).

embedded in the web page of the Patreon Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Patreon Site operates a media player operating on a client device, which is configured to request Patreon's digital content from one or more servers via at least one TCP connection over the network.

Patreon's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Patreon Site. Patreon confirms that it provides videos to client devices through media players on its website, accessible at  https://support.patreon.com/hc/en-us/articles/360032144971-Upload-your-videos-with-Vimeo (last visited 4/20/2026) ("Eligible members can view your video on the Patreon website and mobile app.") (emphasis added). Further, on information and belief, employees, affiliates, and/or agents of Patreon have tested and used the Patreon Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [3]Method | Host | Path[4] | … | Status |
|---|---|---|---|---|

---

[3] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

[4] Video path abbreviated for readability throughout.

3

| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/5.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E | … | Complete |

| | | 00EI9MIGi02nhDCvdk2 KCO8HfYYtpXKNYU8p S/6.ts?... | | |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN4 02CDDqnIixIi01KZorCG ckK02XCqDd02XHRw2 FwzSPeNq8LFmbte024E 00EI9MIGi02nhDCvdk2 KCO8HfYYtpXKNYU8p S/7.ts?... | … | Complete |

The URI **chunk-oci-us-ashburn-1-vop1.fastly.mux.com** is affiliated with the below IP addresses:

```
C:\Users\          >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:   AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:    dualstack.j.sni.global.fastly.net
Addresses:  2a04:4e42::644
            2a04:4e42:200::644
            2a04:4e42:400::644
            2a04:4e42:600::644
            151.101.130.132
            151.101.2.132
            151.101.194.132
            151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

Windows Powershell nslookup for chunk-oci-us-ashburn-1-vop1.fastly.mux.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/ ?ip=151.101.130.132#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.132#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.132#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.132#ipresult shows this IP address associated with one or more servers in San Francisco, California.

Thus, the Patreon Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

5

The one or more servers, whose content is accessible by the client devices through a web page on the Patreon Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Patreon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player embedded in the web page of the Patreon Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Palworld #18," the client device made an HTTP GET request to **stream.mux.com** for a master manifest located at the following path: **/XlOmIf02qqyNjmUEKI2oNHVtBwA6lN2B004yrnSIaZuiM.m3u8?token=eyJhbGciOiJSU zI1NiIsImtpZCI6Ik5CY3o3Sk5RcUNmdDdWcmo5MWhra2lEY3Vyc2xtRGNmSU1oSFUz allZMDI0IiwidHlwIjoiSldUIn0.eyJzdWIiOiJYbE9tSWYwMnFxeU5qbVVFS0kyb05IVnR Cd0E2bE4yQjAwNHlyblNJYVp1aU0iLCJleHAiOjE3NzIxMzk2MDAsImF1ZCI6InYiLCJ wbGF5YmFja19yZXN0cmljdGlvbl9pZCI6IklyMDJGbXFzcVVuTUlwRXFFIODlNZGx2V2 ExNVF3T282ZENuZWxDdFNJOVlJIn0.lRMnXPnHHPSZUk6lUKtlyJAVJ0RbKDqyjcla AV_SQSixEOcUlWzvHRO1QYm8dlSCLO6w-0vu11Mr5wv_mTdNpzP4nfVTYcKYG53Gp4aOyH9ejxx_rkHLvQ54LH4JQwSgQ6dgjFiN 0yNii5EkiTcx4C7acg5sCHUoS_Jpmzeey7Tn3S87O_uEu5QPvQXEfWbHYpas5QYIc955R hakpiVLxWFh0dPT93SGNBE_Rv9dI5Z7jtpcGuer0vyRCqU67DarHtZQ-H0gCAZwonWHj1g_IUE0cFPKFmMPus7kMrCbEhgan2tY3_g9vt9BtVuDYhllbwQYBzV Ar7olHY2ivJkb6Q** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

#EXTM3U
#EXT-X-VERSION:5
#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="sub1",CHARACTERISTICS="public.accessibility.transcribes-spoken-dialog,public.accessibility.describes-music-and-sound",NAME="English (auto-generated)",AUTOSELECT=YES,DEFAULT=NO,FORCED=NO,LANGUAGE="en",URI="https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/sYeYXncdQApUxJoranHC24Q02qqbD2jBUfS01HiefFkDU00b6qDPO02Wfm7OEEo02q1Tz0201EdfwbFWWQ/subtitles.m3u8?cdn=fastly&expires=1772139600&skid=default&signature=NjlhMGI0NTBfNWRjYmNjOTVmMGI4ODE4NGZjODYxZmVhZjBmN2Y4NzQ5NzUxMTEzYjkyNjYwN2Q4ZjI0Y2UxYjk5ZTI3NDY3Mg=="

---

5 Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

#EXT-X-STREAM-INF:BANDWIDTH=3089900,AVERAGE-BANDWIDTH=3089900,CODECS="mp4a.40.2,avc1.640020",RESOLUTION=1280x720,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQyMWQzZTc0NDA3NGM2NTgwZDNhNGMwNzMxMzViMDM3M2Y1NThhZjU3ODEyYzgxNTQyNzA4NGE1NDJjMmZlZA==
#EXT-X-STREAM-INF:BANDWIDTH=1489400,AVERAGE-BANDWIDTH=1489400,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=854x480,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/dzQQKHqOdez02zgMJDG9Gt00vSGo59A6uhdRcvMeR98bIH019FFt7Mf9PFxgqH016IB1CFEThvdW4FAPy41GrX4JzPUoDHS3qp01kMdSq024027bt8/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNzEwYzI5NWQxYzhmZGMxZTYwY2I1MWRjM2NmYjRiNjNlMjdiZTM0NDBmNDAxNmY5NWY0MDhjMDkyOWZiZTY1OA==
#EXT-X-STREAM-INF:BANDWIDTH=775500,AVERAGE-BANDWIDTH=775500,CODECS="mp4a.40.2,avc1.64001e",RESOLUTION=480x270,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYjYxODVmM2ZjYjUyMWY3OTkxYzZmNjcxOWUwOWZlYzIzYjA4MmMyNDdkNTgwMWRlNjM5OWY3MDM1MjczZjIwMg==
#EXT-X-STREAM-INF:BANDWIDTH=6076400,AVERAGE-BANDWIDTH=6076400,CODECS="mp4a.40.2,avc1.64002a",RESOLUTION=1920x1080,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM2RlZDA4Mzk3MjcxZTExMDQ0YTliYjg1NTY0OGQ2MGQyOGNhOTMzYzA2ZjhNzE4YzlkZTY1N2U5NGGhMzIxMQ==

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

7

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[6] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **775500 Bandwidth** version can be considered a low-quality stream, the **3089900 Bandwidth** version can be considered a medium-quality stream, and the **6076400 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Patreon Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Patreon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Patreon Site selects the **3089900 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to

---

[6] Token abbreviated for readability.

the instructions received from the Patreon Site. The Patreon Server(s) returns the playlist file with the contents below.

[7]#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:6
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzl
JdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjBi
ZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzl
JdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRk
YzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzl
JdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlOGQ2MjE4ZjUwN
GEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzl
JdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOT
E1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-

---

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

9

vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzl JdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts ?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh MGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZj k1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1

[***]

The variant playlist file is an HLS playlist. Each line in the file path "kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7w grq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 5 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Patreon Site selects the **6076400 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Patreon Server(s) returns the playlist file for the **6076400 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:6
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM
TkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJlMjVhZjUyNWM
0Mzk3ZjU1MTA5MzU5YQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZ
GQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU
2NDE0ZDVhYWQyYTA1NThmZA==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfY
mYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzV
iNzNhYWY2ZjQ4N2Y3YjdjZA==&zone=1
```

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQxZTFiZjdhNzc2OTFiYTI6YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0ZmYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcxMjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1

[***]

As with the variant playlist file for the **3089900 Bandwidth** version, the variant playlist file for the **6076400 Bandwidth** version is an HLS playlist. Each line in the file path "manifest-oci-us-ashburn-1-vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 5 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "seg-") are the same duration across variant playlists. For example, the streamlets beginning "3.ts..." in the **3089900 Bandwidth** variant playlist and 3.ts..." in the **6076400 Bandwidth** variant playlist, respectively, have durations of 5 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Patreon uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

---

*12[a]   receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network,*

---

As shown above in element 12[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.12[pre].

As explained above, the client devices executing the instructions from the Patreon Site requests (and is provided with) segments, or streamlets, from the one or more Patreon servers to

display on the client device through the media player embedded in the web page of the Patreon Site. The streamlets are communicated to the client device accessing the Patreon Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Patreon Site requests streamlets from the one or more servers associated with Patreon vian HTTP GET requests. The server(s) associated with the host URI (**chunk-oci-us-ashburn-1-vop1.fastly.mux.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\        >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:   AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:     dualstack.j.sni.global.fastly.net
Addresses:  2a04:4e42::644
            2a04:4e42:200::644
            2a04:4e42:400::644
            2a04:4e42:600::644
            151.101.130.132
            151.101.2.132
            151.101.194.132
            151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

Thus, the limitations for this claim element are met. Patreon, operating on the client devices, requires the client device accessing the Patreon Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Patreon connected to the client device via at least one TCP connection.

Thus, the limitations for this claim element are met. Patreon, operating on the client devices, requires the client device accessing the Patreon Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Patreon connected to the client device via at least one TCP connection.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| 12[b]   *wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server,* |

As shown above in elements 12[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[a].

As explained above, the one or more servers, whose content is accessible by the client devices through a web page on the Patreon Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Patreon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player embedded in the web page of the Patreon Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Palworld #18," the client device made an HTTP GET request to **stream.mux.com** for a master manifest located at the following path: **/XlOmIf02qqyNjmUEKI2oNHVtBwA6lN2B004yrnSIaZuiM.m3u8?token=eyJhbGciOiJSU zI1NiIsImtpZCI6Ik5CY3o3Sk5RcUNmdDdWcmo5MWhra2lEY3Vyc2xtRGNmSU1oSFUz allZMDI0IiwidHlwIjoiSldUIn0.eyJzdWIiOiJYbE9tSWYwMnFxeU5qbVVFS0kyb05IVnR Cd0E2bE4yQjAwNHlyblNJYVp1aU0iLCJleHAiOjE3NzIxMzk2MDAsImF1ZCI6InYiLCJ wbGF5YmFja19yZXN0cmljdGlvbl9pZCI6IklyMDJGbXFzcVVuTUlwRXFOODlNZGx2V2 ExNVF3T282ZENuZWxxDdFNJOVlJIn0.lRMnXPnHHPSZUk6lUKtlyJAVJ0RbKDqyjcla AV_SQSixEOcUlWzvHRO1QYm8dlSCLO6w-0vu11Mr5wv_mTdNpzP4nfVTYcKYG53Gp4aOyH9ejxx_rkHLvQ54LH4JQwSgQ6dgjFiN 0yNii5EkiTcx4C7acg5sCHUoS_Jpmzeey7Tn3S87O_uEu5QPvQXEfWbHYpas5QYIc955R hakpiVLxWFh0dPT93SGNBE_Rv9dI5Z7jtpcGuer0vyRCqU67DarHtZQ-H0gCAZwonWHj1g_IUE0cFPKFmMPus7kMrCbEhgan2tY3_g9vt9BtVuDYhllbwQYBzV Ar7olHY2ivJkb6Q** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]#EXTM3U
#EXT-X-VERSION:5
#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="sub1",CHARACTERISTICS="public.accessibility.transcribes-spoken-dialog,public.accessibility.describes-music-and-sound",NAME="English (auto-generated)",AUTOSELECT=YES,DEFAULT=NO,FORCED=NO,LANGUAGE="en",URI="htt ps://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/sYeYXncdQApUxJoranHC24Q02qqbD2jBUfS01HiefFkDU00b6qDPO02

---

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.

- <mark>YELLOW = variant streams</mark>
- <mark>RED = bitrates of variant streams</mark>

Wfm7OEEo02q1Tz0201EdfwbFWWQ/subtitles.m3u8?cdn=fastly&expires=1772139600&skid=
default&signature=NjlhMGI0NTBfNWRjYmNjOTVmMGI4ODE4NGZjODYxZmVhZjBmN2
Y4NzQ5NzUxMTEzYjkyNjYwN2Q4ZjI0Y2UxYjk5ZTI3NDY3Mg=="
#EXT-X-STREAM-INF:BANDWIDTH=3089900,AVERAGE-
BANDWIDTH=3089900,CODECS="mp4a.40.2,avc1.640020",RESOLUTION=1280x720,CLO
SED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdV
yKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8
?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9
YI&skid=default&signature=NjlhMGI0NTBfMjQyMWQzZTc0NDA3NGM2NTgwZDNhNGM
wNzMxMzViMDM3M2Y1NThhZjU3ODEyYzgxNTQyNzA4NGE1NDJjMmZlZA==
#EXT-X-STREAM-INF:BANDWIDTH=1489400,AVERAGE-
BANDWIDTH=1489400,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=854x480,CLOS
ED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/dzQQKHqOdez02zgMJDG9Gt00vSGo59A6uhdRcvMeR98bIH019FFt7M
f9PFxgqH016IB1CFEThvdW4FAPy41GrX4JzPUoDHS3qp01kMdSq024027bt8/rendition.m3u8
?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9
YI&skid=default&signature=NjlhMGI0NTBfNzEwYzI5NWQxYzhmZGMxZTYwY2I1MWRj
M2NmYjRiNjNlMjdiZTM0NDBmNDAxNmY5NWY0MDhjMDkyOWZiZTY1OA==
#EXT-X-STREAM-INF:BANDWIDTH=775500,AVERAGE-
BANDWIDTH=775500,CODECS="mp4a.40.2,avc1.64001e",RESOLUTION=480x270,CLOSE
D-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzS
uVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?cdn=fastly
&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=d
efault&signature=NjlhMGI0NTBfYjYxODVmM2ZjYjUyMWY3OTkxYzZmNjcxOWUwOWZ
lYzIzYjA4MmMyNDdkNTgwMWRlNjM5OWY3MDM1MjczZjIwMg==
#EXT-X-STREAM-INF:BANDWIDTH=6076400,AVERAGE-
BANDWIDTH=6076400,CODECS="mp4a.40.2,avc1.64002a",RESOLUTION=1920x1080,CL
OSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKV
rRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?cdn=fastly&expire
s=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&s
ignature=NjlhMGI0NTBfM2RlZDA4Mzk3MjcxZTExMDQ0YTliYjg1NTY0OGQ2MGQyOG
NhOTMzYzA2ZjFhNzE4YzlkZTY1N2U5NGZhMzIxMQ==

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[9] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **775500 Bandwidth** version can be considered a low-quality stream, the **3089900 Bandwidth** version can be considered a medium-quality stream, and the **6076400 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Patreon Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Patreon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

---

[9] Token abbreviated for readability.

As shown in the test data, the client device accessing the Patreon Site selects the **3089900 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Patreon Site. The Patreon Server(s) returns the playlist file with the contents below.

[10]#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:6
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:5,
https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlOGQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

16

```
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzl
JdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZj
k1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1
```
[***]

   The variant playlist file is an HLS playlist. Each line in the file path "kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7w grq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 5 seconds long and return sequential segments of the video.

   Similarly shown in the test data, when the client device accessing the Patreon Site selects the **6076400 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Patreon Server(s) returns the playlist file for the **6076400 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:6
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM
TkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjmZTY4MjdmMmQ4ODJlMjVhZjUyNWM
0Mzk3ZjU1MTA5MzU5YQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZ
GQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU
2NDE0ZDVhYWQyYTA1NThmZA==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfY
```

17

mYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzV
iNzNhYWY2ZjQ4N2Y3YjdjZA==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfY
WQxZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5
YzQ3NGI2ZWJiM2VmMw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM
jc0ZmYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcxMjE3NGEzMThj
NWUyYmE5NDllOGJlNjA5Nw==&zone=1

[***]

As with the variant playlist file for the **3089900 Bandwidth** version, the variant playlist file for the **6076400 Bandwidth** version is an HLS playlist. Each line in the file path "manifest-oci-us-ashburn-1-vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKV rRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 5 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "seg-") are the same duration across variant playlists. For example, the streamlets beginning "3.ts..." in the **3089900 Bandwidth** variant playlist and 3.ts..." in the **6076400 Bandwidth** variant playlist, respectively, have durations of 5 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Patreon videos are stored on one or more servers associated with Patreon as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

*12[c]   wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation,*

As shown above in elements 12[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[b].

Moreover, Patreon's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, a personal computer accessing the Patreon Site through a web browser makes an HTTP GET request to **stream.mux.com** for the Master Manifest. As shown in the excerpts of the Master Manifest below, the video available is encoded at different bitrates.

[11]#EXTM3U
#EXT-X-VERSION:5
#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-
ID="sub1",CHARACTERISTICS="public.accessibility.transcribes-spoken-
dialog,public.accessibility.describes-music-and-sound",NAME="English (auto-
generated)",AUTOSELECT=YES,DEFAULT=NO,FORCED=NO,LANGUAGE="en",URI="htt
ps://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/sYeYXncdQApUxJoranHC24Q02qqbD2jBUfS01HiefFkDU00b6qDPO02
Wfm7OEEo02q1Tz0201EdfwbFWWQ/subtitles.m3u8?cdn=fastly&expires=1772139600&skid=
default&signature=NjlhMGI0NTBfNWRjYmNjOTVmMGI4ODE4NGZjODYxZmVhZjBmN2
Y4NzQ5NzUxMTEzYjkyNjYwN2Q4ZjI0Y2UxYjk5ZTI3NDY3Mg=="
#EXT-X-STREAM-INF:BANDWIDTH=3089900,AVERAGE-
BANDWIDTH=3089900,CODECS="mp4a.40.2,avc1.640020",RESOLUTION=1280x720,CLO
SED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdV
yKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8
?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9
YI&skid=default&signature=NjlhMGI0NTBfMjQyMWQzZTc0NDA3NGM2NTgwZDNhNGM
wNzMxMzViMDM3M2Y1NThhZjU3ODEyYzgxNTQyNzA4NGE1NDJjMmZlZA==
#EXT-X-STREAM-INF:BANDWIDTH=1489400,AVERAGE-
BANDWIDTH=1489400,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=854x480,CLOS
ED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-
vop1.fastly.mux.com/dzQQKHqOdez02zgMJDG9Gt00vSGo59A6uhdRcvMeR98bIH019FFt7M
f9PFxgqH016IB1CFEThvdW4FAPy41GrX4JzPUoDHS3qp01kMdSq024027bt8/rendition.m3u8

---

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNzEwYzI5NWQxYzhmZGMxZTYwY2I1MWRjM2NmYjRiNjNlMjdiZTM0NDBmNDAxNmY5NWY0MDhjMDkyOWZiZTY1OA==
#EXT-X-STREAM-INF:BANDWIDTH=775500,AVERAGE-BANDWIDTH=775500,CODECS="mp4a.40.2,avc1.64001e",RESOLUTION=480x270,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYjYxODVmM2ZjYjUyMWY3OTkxYzZmNjcxOWUwOWZlYzIzYjA4MmMyNDdkNTgwMWRlNjM5OWY3MDM1MjczZjIwMg==
#EXT-X-STREAM-INF:BANDWIDTH=6076400,AVERAGE-BANDWIDTH=6076400,CODECS="mp4a.40.2,avc1.64002a",RESOLUTION=1920x1080,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM2RlZDA4Mzk3MjcxZTExMDQ0YTliYjg1NTY0OGQ2MGQyOGNhOTMzYzA2ZjhhNzE4YzlkZTY1N2U5NGZhMzIxMQ==

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[12] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

As shown for example below, each of the **3089900 Bandwidth** and **6076400 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order,

---

[12] Token abbreviated for readability.

20

beginning with the first segment of the video and progressing until the final segment of the video.

| [13]Bandwidth | Streamlet |
|---|---|
| 3089900 Bandwidth | #EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTRFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlO |

---

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.

- BLUE = media segment
- PURPLE = identifier for media segment

| | |
|---|---|
| | GQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZjk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1<br><br>[***] |
| **6076400 Bandwidth** | ##EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJlMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk |

22

2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1
5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQw
NWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2
ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc
kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk
2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1
5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYz
MjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBk
MmU2MTk3NzViNzNhYWY2ZjQ4N2Y3YjdjZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc
kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk
2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1
5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQx
ZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNh
YzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc
kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk
2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1
5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0Z
mYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcx
MjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1

[***]

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Patreon's server(s).

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between"

23

variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the Patreon Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Thus, the limitations of this claim element are met. Patreon videos are stored on one or more servers associated with Patreon as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each streamlet for each bit rate version of the video correspond to a different portion of the video program.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[d]   wherein the individually-requestable portions across the different copies yield the same portions of the digital content upon presentation, and wherein the receiving comprises:*

As shown above in elements 12[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[c].

Moreover, Patreon videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant

24

stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[14] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92 UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoU NfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1 amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxm NZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77 BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuG T/rendition.m3u8?... |

As shown below, each of the **3089900 Bandwidth** and **6076400 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Patreon's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [15]Bandwidth | Streamlet |
|---|---|
| 3089900 Bandwidth | #EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3 mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH 89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0 NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0 |

---

[14] Token abbreviated for readability.

[15] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment
- PURPLE = identifier for media segment

YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlOGQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFFkZGQzYWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZjk1ODRmYjZiZjZjRkY2NkYTE3NmY3NA==&zone=1

[***]

| 6076400 Bandwidth | ##EXTM3U |
| --- | --- |

26

#EXT-X-VERSION:3

#EXT-X-TARGETDURATION:6

#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJlMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzViNzNhYWY2ZjQ4N2Y3YjdjZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQxZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1

#EXTINF:5,

27

| |
|---|
| https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0ZmYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcxMjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1 |
| [***] |

On information and belief, playlists for the other variant streams also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from the Patreon's server(s).

Referring to the variant stream data shown above, segment 0 (…0.ts…) of the medium quality stream (…X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI …) yields the first 5 seconds of the video to be viewed, here "Palworld #18," and segment 0 (…0.ts…) of the high quality stream (…aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS …) yields the same first 5 seconds of the video to be viewed. Similarly, segment 1 (…1.ts…) of the medium quality stream (…X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI …) yields the next 5 seconds of the video, and segment 1 (…1.ts…) of the high quality stream (…aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS …) yields the same next 5 seconds of the video. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

For the instant test, the client device requests and receives the streamlets corresponding to the portion of the video such that the video is viewed in continuous fashion.  Below is an excerpt of the Charles "Sequence" listing showing the same alongside the status of the requests:

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/35.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGA | … | Complete |

28

| | | | | |
|---|---|---|---|---|
| | | tb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/36.ts?... | | |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/37.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/38.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/39.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/40.ts?... | … | Complete |

Thus, the limitations for this claim element are met. Patreon videos are stored on one or more servers associated with Patreon as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each streamlet for each bit rate version of the video correspond to a different portion of the video program. Similarly, the portion of the video corresponding to a particular streamlet is the same portion of the video corresponding to another streamlet in a different bit rate. For example, the portion of the video corresponding to the third streamlet in the low quality bit rate version of the test video yields the same portion of the video corresponding to the third streamlet in the high quality bit rate version.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

29

> *12[e]   requesting by the client device a plurality of sequential individually-requestable portions of one of the copies from the at least one server;*

As shown above in elements 12[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[d].

As explained above, the client device executing the instructions from the Patreon Site requests (and is provided with) segments, or streamlets, from the one or more Patreon servers to display on the client device through the media player embedded in the web page of the Patreon Site. The streamlets are communicated to the client device accessing the Patreon Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Patreon Site requests streamlets from the one or more servers associated with Patreon vian HTTP GET requests. The server(s) associated with the host URI (**chunk-oci-us-ashburn-1-vop1.fastly.mux.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\          >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:   AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:     dualstack.j.sni.global.fastly.net
Addresses: 2a04:4e42::644
           2a04:4e42:200::644
           2a04:4e42:400::644
           2a04:4e42:600::644
           151.101.130.132
           151.101.2.132
           151.101.194.132
           151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three versions of the video stream at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

30

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token[16] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **775500 Bandwidth** version of the streamlets (indicated by the **OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9**). At this time, the bandwidth is restricted and the client device accessing the Patreon Site determines—pursuant to instructions received from the Patreon Site—that it cannot support a higher bandwidth version of the video. Once the bandwidth restriction is removed, the client device determines that the higher bitrate can be supported and subsequently switches to request and receive the **1489400 Bandwidth** version of the streamlets (indicated by the **Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M**). Upon making a successive determination that an even higher bitrate be supported, the client device switches to request and receive the **3089900 Bandwidth** version of the streamlets (indicated by the **X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI**). Below is an excerpt of the Charles "Sequence" listing showing the upshifting from a lower to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|

---

[16] Token abbreviated for readability.

| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/35.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/36.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/37.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/38.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/39.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOt | … | Complete |

---

[17] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

| | | WuhIAik4Y01HbUkYPzqYI/40.ts?... | | |
|---|---|---|---|---|

Patreon's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player embedded in the web page of the Patreon Site, "[t]he client," which is the client device accessing the Patreon Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Moreover, each video available on the Patreon Site has associated information that contains instructions for how the client device may request, receive, and display the desired video. For example, for the instant test video, "Palworld #18," the client device accessing the Patreon Site requested, using an HTTP GET request, and received, instructions for streaming the test video: **a52ff52d568641ab.js** (hereinafter referred to as the "**player script**").

The **player script** further contains code that specifies instructions for how the client device must execute the Patreon Site and present the requested Patreon video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Patreon Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Patreon Site to execute the function *findBestLevel*, which iterates through the available bandwidth versions of the video program and to return the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *findBestLevel* function is shown below:

```
findBestLevel(e, t, r, s, a, n, l) {
        var o, h, d;
        let u, c = s + a, f = this.lastLoadedFragLevel, g = -1
        === f ? this.hls.firstLevel : f, {fragCurrent: m,
        partCurrent: p} = this, {levels: v, allAudioTracks: E,
        loadLevel: y, config: T} = this.hls;
```

On information and belief, the client device accessing the Patreon Site automatically calls the function *findBestLevel* to assess the most appropriate bandwidth version for presentation given the then-current network conditions.  As part of this assessment, the *findBestLevel* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

33

Thus, the limitations for this claim element are met. Patreon videos are stored on one or more servers associated with Patreon as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates. The client device accessing the Patreon Site requests the plurality of individually requestable streamlets from the one or more servers associated with the Patreon Site.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[ff]    automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies,*

As shown above in elements 12[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[e].

As explained above, a client device accessing the Patreon Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Patreon. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

For example, during testing, the client device accessing the Patreon Site requested, and received, instructions for streaming Patreon videos, such as the **player script**.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Patreon Site evaluates the network connection, such as the following excerpted portion of the *findBestLevel* function:

```
let S = m.details
  , D = (p ? null == S ? void 0 : S.partTarget : null == S ?
  void 0 : S.averagetargetduration) || P;
t = E ? l * e : n * e;
let x = P && s >= 2 * P && 0 === a ? m.averageBitrate :
m.maxBitrate
  , O = this.getTimeToLoadFrag(C, t, x * D, void 0 === S);
if (t >= x && (o === f || 0 === m.loadError && 0 ===
m.fragmentError) && (O <= C || !i(O) || A &&
!this.bitrateTestDelay || O < c)) {
    let e = this.forcedAutoLevel;
    return o !== y && (-1 === e || e !== y) && (w.length &&
    this.trace(`Skipped level(s) ${w.join(",")} of ${r} max with
    CODECS and VIDEO-RANGE:"${v[w[0]].codecs}"
    ${v[w[0]].videoRange}; not compatible with "${u}" ${R}`),
    this.info(`switch candidate:${g}->${o}
    adjustedbw(${Math.round(t)})-bitrate=${Math.round(t - x)}
    ttfb:${C.toFixed(1)} avgDuration:${D.toFixed(1)}
    maxFetchDuration:${c.toFixed(1)}
    fetchDuration:${O.toFixed(1)} firstSelection:${L}
    codecSet:${m.codecSet} videoRange:${m.videoRange}
    hls.loadLevel:${y}`)),
    L && (this.firstSelection = o),
    o
```

The player script also includes the following *getNextABRAutoLevel* function.

35

```
getNextABRAutoLevel() {
    let {fragCurrent: e, partCurrent: t, hls: i} = this;
    if (i.levels.length <= 1)
        return i.loadLevel;
    let {maxAutoLevel: r, config: s, minAutoLevel: a} = i
      , n = t ? t.duration : e ? e.duration : 0
      , l = this.getBwEstimate()
      , o = this.getStarvationDelay()
      , h = s.abrBandWidthFactor
      , d = s.abrBandWidthUpFactor;
    if (o) {
        let e = this.findBestLevel(l, a, r, o, 0, h, d);
        if (e >= 0)
            return this.rebufferNotice = -1,
            e
    }
    let u = n ? Math.min(n, s.maxStarvationDelay) : s.maxStarvationDelay;
    if (!o) {
        let e = this.bitrateTestDelay;
        e && (u = (n ? Math.min(n, s.maxLoadingDelay) :
        s.maxLoadingDelay) - e,
        this.info(`bitrate test took ${Math.round(1e3 * e)}ms, set first
        fragment max fetchDuration to ${Math.round(1e3 * u)} ms`),
        h = d = 1)
    }
    let c = this.findBestLevel(l, a, r, o, u, h, d);
    if (this.rebufferNotice !== c && (this.rebufferNotice = c,
    this.info(`${o ? "rebuffering expected" : "buffer is empty"},
    optimal quality level ${c}`)),
    c > -1)
        return c;
    let f = i.levels[a]
      , g = i.loadLevelObj;
    return g && (null == f ? void 0 : f.bitrate) < g.bitrate ? a :
    i.loadLevel
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Patreon Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Patreon Site to request and present the highest quality streamlets of the videos that are supportable at any particular time. The instructions may be based in part on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the

client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| [18]Bandwidth | Token[19] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

---

[18] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment
- PURPLE = identifier for media segment

[19] Token abbreviated for readability.

For the instant test below, the client device follows the instructions communicated from the Patreon Site and **player script**. The **player script** and Patreon Site contain instructions for evaluating the available bandwidth versions of the test video and selecting the highest available quality streamlets for the test video pursuant to certain parameters. Accordingly, in the excerpt of the instant test below, the client device initially requests and receives the **775500 Bandwidth** version of the streamlets (indicated by the **OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd 9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9**). At this time, the bandwidth is restricted and the client device accessing the Patreon Site determines—pursuant to instructions received from the Patreon Site—that it cannot support a higher bandwidth version of the video. Once the bandwidth restriction is removed, the client device determines that the higher bitrate can be supported and subsequently switches to request and receive the **1489400 Bandwidth** version of the streamlets (indicated by the **Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009z KrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M**). Upon making a successive determination that an even higher bitrate be supported, the client device switches to request and receive the **3089900 Bandwidth** version of the streamlets (indicated by the **X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXG Fi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI**).  Below is an excerpt of the Charles "Sequence" listing showing the upshifting from a lower to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/35.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/36.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/37.ts?... | … | Complete |

38

| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/38.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/39.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/40.ts?... | … | Complete |

Thus, the limitations for this claim element are met. The client device accessing the Patreon Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Patreon Site based upon instructions communicated to the device by the Patreon Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[g]   the automatically requesting including repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, individually-requestable wherein the factor relates to a performance of the network; and

As shown above in elements 12[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[f].

As explained above, Patreon uses adaptive bitrate streaming to stream its videos, including the test video "Palworld #18." The client device accessing the Patreon Site may access the plurality of videos in a playlist by making an HTTP GET request to the Patreon Site.

The **player script** further contains code that specifies instructions for how the client device must execute the Patreon Site and present the requested Patreon video—including instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Patreon Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Patreon Site to execute the function *findBestLevel*, which iterates through the available bandwidth versions of the video program and to return the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *findBestLevel* function is shown below:

```
findBestLevel(e, t, r, s, a, n, l) {
        var o, h, d;
        let u, c = s + a, f = this.lastLoadedFragLevel, g = -1
        === f ? this.hls.firstLevel : f, {fragCurrent: m,
        partCurrent: p} = this, {levels: v, allAudioTracks: E,
        loadLevel: y, config: T} = this.hls;
```

On information and belief, the client device accessing the Patreon Site automatically calls the function *findBestLevel* to assess the most appropriate bandwidth version for presentation given the then-current network conditions.  As part of this assessment, the *findBestLevel* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Patreon Site evaluates the network connection, such as the following excerpted portion of the ***findBestLevel*** function:

```
let S = m.details
  , D = (p ? null == S ? void 0 : S.partTarget : null == S ?
  void 0 : S.averagetargetduration) || P;
t = E ? l * e : n * e;
let x = P && s >= 2 * P && 0 === a ? m.averageBitrate :
m.maxBitrate
  , O = this.getTimeToLoadFrag(C, t, x * D, void 0 === S);
if (t >= x && (o === f || 0 === m.loadError && 0 ===
m.fragmentError) && (O <= C || !i(O) || A &&
!this.bitrateTestDelay || O < c)) {
    let e = this.forcedAutoLevel;
    return o !== y && (-1 === e || e !== y) && (w.length &&
    this.trace(`Skipped level(s) ${w.join(",")} of ${r} max with
    CODECS and VIDEO-RANGE:"${v[w[0]].codecs}"
    ${v[w[0]].videoRange}; not compatible with "${u}" ${R}`),
    this.info(`switch candidate:${g}->${o}
    adjustedbw(${Math.round(t)})-bitrate=${Math.round(t - x)}
    ttfb:${C.toFixed(1)} avgDuration:${D.toFixed(1)}
    maxFetchDuration:${c.toFixed(1)}
    fetchDuration:${O.toFixed(1)} firstSelection:${L}
    codecSet:${m.codecSet} videoRange:${m.videoRange}
    hls.loadLevel:${y}`)),
    L && (this.firstSelection = o),
    o
```

The player script also includes the following ***getNextABRAutoLevel*** function.

41

```
getNextABRAutoLevel() {
    let {fragCurrent: e, partCurrent: t, hls: i} = this;
    if (i.levels.length <= 1)
        return i.loadLevel;
    let {maxAutoLevel: r, config: s, minAutoLevel: a} = i
      , n = t ? t.duration : e ? e.duration : 0
      , l = this.getBwEstimate()
      , o = this.getStarvationDelay()
      , h = s.abrBandWidthFactor
      , d = s.abrBandWidthUpFactor;
    if (o) {
        let e = this.findBestLevel(l, a, r, o, 0, h, d);
        if (e >= 0)
            return this.rebufferNotice = -1,
            e
    }
    let u = n ? Math.min(n, s.maxStarvationDelay) : s.maxStarvationDelay;
    if (!o) {
        let e = this.bitrateTestDelay;
        e && (u = (n ? Math.min(n, s.maxLoadingDelay) :
        s.maxLoadingDelay) - e,
        this.info(`bitrate test took ${Math.round(1e3 * e)}ms, set first
        fragment max fetchDuration to ${Math.round(1e3 * u)} ms`),
        h = d = 1)
    }
    let c = this.findBestLevel(l, a, r, o, u, h, d);
    if (this.rebufferNotice !== c && (this.rebufferNotice = c,
    this.info(`${o ? "rebuffering expected" : "buffer is empty"},
    optimal quality level ${c}`)),
    c > -1)
        return c;
    let f = i.levels[a]
      , g = i.loadLevelObj;
    return g && (null == f ? void 0 : f.bitrate) < g.bitrate ? a :
    i.loadLevel
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Patreon Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Patreon Site to request and present the highest quality streamlets of the videos that are supportable at any particular time. The instructions may be based in part on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the

client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| [20]Bandwidth | Token[21] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92 UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoU NfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1 amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxm NZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77 BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuG T/rendition.m3u8?... |

---

[20] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- PURPLE = identifier for media segment

[21] Token abbreviated for readability.

43

For the instant test below, the client device follows the instructions communicated from the Patreon Site and **player script**. The **player script** and Patreon Site contain instructions for evaluating the available bandwidth versions of the test video and selecting the highest available quality streamlets for the test video pursuant to certain parameters. Accordingly, in the excerpt of the instant test below, the client device initially requests and receives the **775500 Bandwidth** version of the streamlets (indicated by the **OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd 9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9**). At this time, the bandwidth is restricted and the client device accessing the Patreon Site determines—pursuant to instructions received from the Patreon Site—that it cannot support a higher bandwidth version of the video. Once the bandwidth restriction is removed, the client device determines that the higher bitrate can be supported and subsequently switches to request and receive the **1489400 Bandwidth** version of the streamlets (indicated by the **Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009z KrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M**). Upon making a successive determination that an even higher bitrate be supported, the client device switches to request and receive the **3089900 Bandwidth** version of the streamlets (indicated by the **X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXG Fi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI**). Below is an excerpt of the Charles "Sequence" listing showing the upshifting from a lower to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6S FxsPPIKI00GFxlX2Cvsjb FpJYXbjPeSxP6TpujXZrl MXLKR1vdd9JEAxsvCK kyQyGZmLqStwUyB4tdb mZ9/35.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVM nnrJ9I1Ah7QGMPJGpj63 A3Xk78kUgCgWvGAtb0 0u4WGrJ009zKrUO8DT0 101cp00LUtUA5CcGEbw OBUl402vnhWAiZlNuE9 M/36.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVM nnrJ9I1Ah7QGMPJGpj63 A3Xk78kUgCgWvGAtb0 0u4WGrJ009zKrUO8DT0 101cp00LUtUA5CcGEbw OBUl402vnhWAiZlNuE9 M/37.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1- | …Wker2xo4iRmB9lXVM | … | Complete |

44

| | vop1.fastly.mux.com | nnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/38.ts?... | | |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/39.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/40.ts?... | … | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of the Patreon Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. The client device accessing the Patreon Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Patreon Site based upon instructions communicated to the device by the Patreon Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with Patreon.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

45

> *12[h]   making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received,*

As shown above in elements 12[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[g].

The client device accessing the Patreon Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the Patreon Site based upon instructions communicated to the device by the Patreon Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with Patreon.

Thus, the limitations for this claim element are met. Patreon uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[i]   wherein the making of the successive determinations to change the requested bit rate comprises:*
>
> *requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold; and*

As shown above in elements 12[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[h].

As explained above, Patreon uses adaptive bitrate streaming to stream its videos, including the test video "Palworld #18." The client device accessing the Patreon Site may access the plurality of videos in a playlist by making an HTTP GET request to the Patreon Site.

The **player script** further contains code that specifies instructions for how the client device must execute the Patreon Site and present the requested Patreon video—including

instructions for requesting streamlets, generating factors indicative of the network connection(s) between the client device and the server(s) associated with the Patreon Site, and making successive determinations as to which bandwidth versions of the video program to request.

For example, as shown in the below extract, the **player script** instructs the client device accessing the Patreon Site to execute the function *findBestLevel*, which iterates through the available bandwidth versions of the video program and to return the highest bandwidth version that meets certain criteria related to the client device's network connection and any delays. An excerpt of the *findBestLevel* function is shown below:

```
findBestLevel(e, t, r, s, a, n, l) {
            var o, h, d;
            let u, c = s + a, f = this.lastLoadedFragLevel, g = -1
            === f ? this.hls.firstLevel : f, {fragCurrent: m,
            partCurrent: p} = this, {levels: v, allAudioTracks: E,
            loadLevel: y, config: T} = this.hls;
```

On information and belief, the client device accessing the Patreon Site automatically calls the function *findBestLevel* to assess the most appropriate bandwidth version for presentation given the then-current network conditions.  As part of this assessment, the *findBestLevel* function, among other functions called in the **player script**, generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

The **player script** provided for the instant test video defines various functions that evaluate the speeds with which the client device accessing the Patreon Site evaluates the network connection, such as the following excerpted portion of the ***findBestLevel*** function:

```
let S = m.details
  , D = (p ? null == S ? void 0 : S.partTarget : null == S ?
  void 0 : S.averagetargetduration) || P;
t = E ? l * e : n * e;
let x = P && s >= 2 * P && 0 === a ? m.averageBitrate :
m.maxBitrate
  , O = this.getTimeToLoadFrag(C, t, x * D, void 0 === S);
if (t >= x && (o === f || 0 === m.loadError && 0 ===
m.fragmentError) && (O <= C || !i(O) || A &&
!this.bitrateTestDelay || O < c)) {
    let e = this.forcedAutoLevel;
    return o !== y && (-1 === e || e !== y) && (w.length &&
    this.trace(`Skipped level(s) ${w.join(",")} of ${r} max with
    CODECS and VIDEO-RANGE:"${v[w[0]].codecs}"
    ${v[w[0]].videoRange}; not compatible with "${u}" ${R}`),
    this.info(`switch candidate:${g}->${o}
    adjustedbw(${Math.round(t)})-bitrate=${Math.round(t - x)}
    ttfb:${C.toFixed(1)} avgDuration:${D.toFixed(1)}
    maxFetchDuration:${c.toFixed(1)}
    fetchDuration:${O.toFixed(1)} firstSelection:${L}
    codecSet:${m.codecSet} videoRange:${m.videoRange}
    hls.loadLevel:${y}`)),
    L && (this.firstSelection = o),
    o
```

The player script also includes the following *getNextABRAutoLevel* function.

48

```
getNextABRAutoLevel() {
    let {fragCurrent: e, partCurrent: t, hls: i} = this;
    if (i.levels.length <= 1)
        return i.loadLevel;
    let {maxAutoLevel: r, config: s, minAutoLevel: a} = i
      , n = t ? t.duration : e ? e.duration : 0
      , l = this.getBwEstimate()
      , o = this.getStarvationDelay()
      , h = s.abrBandWidthFactor
      , d = s.abrBandWidthUpFactor;
    if (o) {
        let e = this.findBestLevel(l, a, r, o, 0, h, d);
        if (e >= 0)
            return this.rebufferNotice = -1,
            e
    }
    let u = n ? Math.min(n, s.maxStarvationDelay) : s.maxStarvationDelay;
    if (!o) {
        let e = this.bitrateTestDelay;
        e && (u = (n ? Math.min(n, s.maxLoadingDelay) :
        s.maxLoadingDelay) - e,
        this.info(`bitrate test took ${Math.round(1e3 * e)}ms, set first
        fragment max fetchDuration to ${Math.round(1e3 * u)} ms`),
        h = d = 1)
    }
    let c = this.findBestLevel(l, a, r, o, u, h, d);
    if (this.rebufferNotice !== c && (this.rebufferNotice = c,
    this.info(`${o ? "rebuffering expected" : "buffer is empty"},
    optimal quality level ${c}`)),
    c > -1)
        return c;
    let f = i.levels[a]
      , g = i.loadLevelObj;
    return g && (null == f ? void 0 : f.bitrate) < g.bitrate ? a :
    i.loadLevel
```

On information and belief, the above functions and others contained in the **player script** are compared to defined thresholds, whereupon the client device accessing the Patreon Site successively determines whether to switch to request higher or lower bandwidth versions of the stream.

Further, the player script contains instructions directing the client device accessing the Patreon Site to request and present the highest quality streamlets of the videos that are supportable at any particular time. The instructions may be based in part on factors indicative of the network connection.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

| [22]Bandwidth | Token[23] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

For the instant test below, the client device follows the instructions communicated from the Patreon Site and **player script**. The **player script** and Patreon Site contain instructions for

---

[22] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- PURPLE = identifier for media segment

[23] Token abbreviated for readability.

evaluating the available bandwidth versions of the test video and selecting the highest available quality streamlets for the test video pursuant to certain parameters. Accordingly, in the excerpt of the instant test below, the client device initially requests and receives the **775500 Bandwidth** version of the streamlets (indicated by the **OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd 9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9**). At this time, the bandwidth is restricted and the client device accessing the Patreon Site determines—pursuant to instructions received from the Patreon Site—that it cannot support a higher bandwidth version of the video. Once the bandwidth restriction is removed, the client device determines that the higher bitrate can be supported and subsequently switches to request and receive the **1489400 Bandwidth** version of the streamlets (indicated by the **Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009z KrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M**). Upon making a successive determination that an even higher bitrate be supported, the client device switches to request and receive the **3089900 Bandwidth** version of the streamlets (indicated by the **X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXG Fi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI**).  Below is an excerpt of the Charles "Sequence" listing showing the upshifting from a lower to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/35.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/36.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/37.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb0 | … | Complete |

51

| | | | | |
|---|---|---|---|---|
| | | 0u4WGrJ009zKrUO8DT0 101cp00LUtUA5CcGEbw OBUl402vnhWAiZlNuE9 M/38.ts?... | | |
| GET | chunk-oci-us-ashburn-1- vop1.fastly.mux.com | ...Wker2xo4iRmB9lXVM nnrJ9I1Ah7QGMPJGpj63 A3Xk78kUgCgWvGAtb0 0u4WGrJ009zKrUO8DT0 101cp00LUtUA5CcGEbw OBUl402vnhWAiZlNuE9 M/39.ts?... | ... | Complete |
| GET | chunk-oci-us-ashburn-1- vop1.fastly.mux.com | ...X01M6xIeXLeZ01B4d 6P00500QSad41NdxfTtO D3eRJHK01uzlJdJgH2bO cN00xnIYFXGFi8y8LW8 Um501xvxJ3mVPHdmOt WuhIAik4Y01HbUkYPzq YI/40.ts?... | ... | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from Patreon will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[j]     requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold; and*

As shown above in elements 12[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[i].

For the instant test below, the client device follows the instructions communicated from the Patreon Site and **player script**. The **player script** and Patreon Site contain instructions for evaluating the available bandwidth versions of the test video and selecting the highest available quality streamlets for the test video pursuant to certain parameters. Accordingly, in the excerpt of the instant test below, the client device initially requests and receives the **6076400 Bandwidth** version of the streamlets (indicated by the **aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E0 0EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS**). At this time, the bandwidth is unrestricted and the client device accessing the Patreon Site determines—pursuant to instructions received from the Patreon Site—that it can support the highest bandwidth version of the video. Once the bandwidth restriction is applied, the client device determines that the higher bitrate

52

cannot be supported and subsequently switches to request and receive the **775500 Bandwidth** version of the streamlets (indicated by the **OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd 9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/57.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/58.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/59.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/60.ts?... | … | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is lower than a second threshold, the client device executing the instructions from Patreon will request the individually-requestable streamlets from a lower bit rate version of the video.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[k]   arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.*

As shown above in elements 12[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[j].

As shown below, each of the **3089900 Bandwidth** and **6076400 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the Patreon's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [24]Bandwidth | Streamlet |
|---|---|
| **3089900 Bandwidth** | #EXTM3U <br><br> #EXT-X-VERSION:3 <br><br> #EXT-X-TARGETDURATION:6 <br><br> #EXT-X-PLAYLIST-TYPE:VOD <br><br> #EXTINF:5, <br><br> https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1 <br><br> #EXTINF:5, <br><br> https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3M2WM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1 <br><br> #EXTINF:5, |

_____

[24] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- BLUE = media segment
- GREEN = timestamp

| | |
|---|---|
| | https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3 mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH 89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0 NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlO GQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zo ne=1 <br><br> #EXTINF:5, <br><br> https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3 mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH 89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0 NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQz YWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1 <br><br> #EXTINF:5, <br><br> https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3 mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH 89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0 NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZT I4OWM5N2NiZjk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1 <br><br> [***] |
| **6076400 Bandwidth** | ##EXTM3U <br><br> #EXT-X-VERSION:3 <br><br> #EXT-X-TARGETDURATION:6 <br><br> #EXT-X-PLAYLIST-TYPE:VOD <br><br> #EXTINF:5, <br><br> https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkz MTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJ |

55

lMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzViNzNhYWY2ZjQ4N2Y3YjdjjZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQxZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0ZmYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcxMjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1

[***]

When the client device accessing the Patreon Site requests streaming of a video hosted on the server at **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**, the video is played back in order

56

of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

| [25]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …OHVv00khMpHL5S6SFxsPPIKI00GFxlX2CvsjbFpJYXbjPeSxP6TpujXZrlMXLKR1vdd9JEAxsvCKkyQyGZmLqStwUyB4tdbmZ9/35.ts?… | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/36.ts?… | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/37.ts?… | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/38.ts?… | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …Wker2xo4iRmB9lXVMnnrJ9I1Ah7QGMPJGpj63A3Xk78kUgCgWvGAtb00u4WGrJ009zKrUO8DT0101cp00LUtUA5CcGEbwOBUl402vnhWAiZlNuE9M/39.ts?… | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | …X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtO | … | Complete |

---

[25] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.

- PURPLE = identifier for media segment

57

| | | D3eRJHK01uzlJdJgH2bO cN00xnIYFXGFi8y8LW8 Um501xvxJ3mVPHdmOt WuhIAik4Y01HbUkYPzq YI/40.ts?... | | |
|---|---|---|---|---|

For example, below is a screenshot of the client device accessing the Patreon Site during playback of the instant test video:



Thus, the limitations for this claim element are met. Patreon uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.