# EXHIBIT I

### EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,470,138[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Patreon, Inc. ("Patreon"), using the Patreon website, available at www.patreon.com (last visited 4/20/2026) ("Patreon Site"), that infringe at least claims 1 and 8 of U.S. Patent No. 11,470,138 ("'138 Patent"). Upon information and belief, Patreon operates streaming services that infringe one or more claims of the '138 Patent (the "Accused Websites"), including at least the Patreon Site.

The chart is exemplary and should not be read to limit DISH's assertions against Patreon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Patreon infringes the claims below.

The following evidence and descriptions, including tests conducted on the Patreon Site, shows that the Accused Websites meet each element of the aforementioned claim(s) of the '138 Patent in substantially the same manner described below.

To the extent that users are required to meet elements of these claims, Patreon induces its users to meet the claim limitation because Patreon provides users with instructions and guidance on how users can use Accused Websites to perform each element of the claims. *See, e.g.*, https://support.patreon.com/hc/en-us (last visited 4/20/2026); https://support.patreon.com/hc/en-us/articles/19501240539405-Navigate-the-Patreon-app-as-a-member (last visited 4/20/2026); https://support.patreon.com/hc/en-us/articles/360060129572-Using-the-Patreon-app (last visited 4/20/2026).

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '138 Patent addressed in that section unless otherwise indicated.

I.    **U.S. Patent No. 11,470,138**

A.    Claim 1

> *1[pre]  A system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet, the system comprising:*

The Accused Websites each executes software that permits an end user station to perform rate-adaptive streams from a video server for playback of a video.  The streams are obtained over the internet from a system owned or controlled by Patreon (Patreon Server(s)) that includes one or more servers.

Patreon owns or operates, either individually or collectively, the Accused Websites, including at least the Patreon Site, which provides information that permits a content player device to stream a video over a network from a server for playback of the video. The content player device and a client module may be part of an end user station ("End User Station"). Example End User Stations include personal computers, Macintosh computers, Apple iPhones, Apple iPads, Android phones, Android tablets, and smart TV devices equipped to access the internet via one or more network connections. The End User Stations include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Patreon tested and used the Patreon Site on devices in the U.S. during the relevant time period.

The images in this chart are from the Patreon Site through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player embedded in the web page of, and executed based upon instructions given by, the Patreon Site is available to run on content player devices supporting all the latest versions of major web browsers.

Tests were conducted on videos offered over the Patreon Site executed on a personal computer.  As part of the testing, a personal computer accessing the Patreon Site was connected to the internet through the Charles Proxy application, which enabled the ability to proxy the device's network traffic, to view the device's network traffic, and to throttle the network's available bandwidth. Thus, the test simulated how the Patreon Site responded to lower and higher bandwidths. For the current test, a video titled "Palworld #18" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 2048 kbps. As observed through the tests, when the user selects a video from the available videos, the media player embedded in the web page of the Patreon Site displays more details regarding the video and provides the user with the option to view the video.[2]

---

[2] The video "Palworld #18" is used in this exemplary claim chart to illustrate Patreon's streaming services and products. On information and belief, the operation of this video, including its use of the HLS adaptive bitrate streaming protocol and the infringing manner in which it is encoded, segmented, and delivered to client devices, is identical to the operation of videos available on the Patreon Site during the term of the '138 Patent. *See, e.g.*, https://www.patreon.com/posts/assassin-of-30-124513103 (posted March 16, 2025).

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from Patreon's video server over the network, the Patreon Site's adaptive bitrate streams are provided to the media player embedded in the web page of the Patreon Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As explained above, the End User Station executing the instructions from the Patreon Site requests (and is provided with) segments, or streamlets, from the one or more Patreon Servers to display on the End User Station through the media player embedded in the web page of the Patreon Site. The streamlets are communicated to the End User Station accessing the Patreon Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

As shown below for the streaming of another test video, a plurality of TCP connections is established to transmit video files from one or more servers to the End User Station. The End User Station accessing the Patreon Site requests streamlets from the one or more servers associated with Patreon via HTTP GET requests. The server(s) associated with the host URI (**chunk-oci-us-ashburn-1-vop1.fastly.mux.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\        >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:   AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:     dualstack.j.sni.global.fastly.net
Addresses:  2a04:4e42::644
            2a04:4e42:200::644
            2a04:4e42:400::644
            2a04:4e42:600::644
            151.101.130.132
            151.101.2.132
            151.101.194.132
            151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

3

Windows Powershell nslookup for chunk-oci-us-ashburn-1-vop1.fastly.mux.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.130.132#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.2.132#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.194.132#ipresult shows this IP address associated with one or more servers in San Francisco, California. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.66.132#ipresult shows this IP address associated with one or more servers in San Francisco, California.

As explained in further detail below, the Patreon Site provides a content player device to stream a video over a network from a server for playback of the video.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[a]    at least one storage device storing the video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video, and

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

The Patreon Servers include a video server with a storage device which the Accused Websites connect to. The storage device(s) store multiple different copies of the video encoded at different bit rates as multiple sets of streamlets, with each set being encoded at a respective one of the plurality different bit rates.

For example, Master Playlist files according to the HLS protocol identify "multiple different copies of the video encoded at different bit rates," which are referred to as Variant Streams in the context of HLS. RFC 8216 at 5 ("A Master Playlist provides a set of Variant Streams, each of which describes a different version of the same content."); *see also* RFC 8216 at 6 ("A Variant Stream includes a Media Playlist that specifies media encoded at a particular bit rate, in a particular format, and at a particular resolution for media containing video."); RFC 8216 at 42 ("A server MAY offer multiple Media Playlist files to provide different encodings of the same presentation. If it does so, it SHOULD provide a Master Playlist file that lists each Variant Stream to allow clients to switch between encodings dynamically."); RFC 8216 at 43 ("The server MUST meet the following constraints when producing Variant Streams in order to allow clients to switch between them seamlessly … Each Variant Stream MUST present the same content."). As shown below, the Master Playlist for the video provides a Uniform Resource Identifier (URI)

identifying where the Media Playlist for each of the multiple Variant Streams is stored on the video server.

In the instant test of a video titled "Palworld #18," the client device made an HTTP GET request to **stream.mux.com** for a master manifest located at the following path: **/XlOmIf02qqyNjmUEKI2oNHVtBwA6lN2B004yrnSIaZuiM.m3u8?token=eyJhbGciOiJSU zI1NiIsImtpZCI6Ik5CY3o3Sk5RcUNmdDdWcmo5MWhra2lEY3Vyc2xtRGNmSU1oSFUz allZMDI0IiwidHlwIjoiSldUIn0.eyJzdWIiOiJYbE9tSWYwMnFxeU5qbVVFS0kyb05IVnR Cd0E2bE4yQjAwNHlyblNJYVp1aU0iLCJleHAiOjE3NzIxMzk2MDAsImF1ZCI6InYiLCJ wbGF5YmFja19yZXN0cmljdGlvbl9pZCI6IklyMDJGbXFzcVVuTUlwRXFIODlNZGx2V2 ExNVF3T282ZENuZWxDdFNJOVlJIn0.lRMnXPnHHPSZUk6lUKtlyJAVJ0RbKDqyjcla AV_SQSixEOcUlWzvHRO1QYm8dlSCLO6w- 0vu11Mr5wv_mTdNpzP4nfVTYcKYG53Gp4aOyH9ejxx_rkHLvQ54LH4JQwSgQ6dgjFiN 0yNii5EkiTcx4C7acg5sCHUoS_Jpmzeey7Tn3S87O_uEu5QPvQXEfWbHYpas5QYIc955R hakpiVLxWFh0dPT93SGNBE_Rv9dI5Z7jtpcGuer0vyRCqU67DarHtZQ- H0gCAZwonWHj1g_IUE0cFPKFmMPus7kMrCbEhgan2tY3_g9vt9BtVuDYhllbwQYBzV Ar7olHY2ivJkb6Q** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[3]#EXTM3U
#EXT-X-VERSION:5
#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-MEDIA:TYPE=SUBTITLES,GROUP-ID="sub1",CHARACTERISTICS="public.accessibility.transcribes-spoken-dialog,public.accessibility.describes-music-and-sound",NAME="English (auto-generated)",AUTOSELECT=YES,DEFAULT=NO,FORCED=NO,LANGUAGE="en",URI="https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/sYeYXncdQApUxJoranHC24Q02qqbD2jBUfS01HiefFkDU00b6qDPO02Wfm7OEEo02q1Tz0201EdfwbFWWQ/subtitles.m3u8?cdn=fastly&expires=1772139600&skid=default&signature=NjlhMGI0NTBfNWRjYmNjOTVmMGI4ODE4NGZjODYxZmVhZjBmN2Y4NzQ5NzUxMTEzYjkyNjYwN2Q4ZjI0Y2UxYjk5ZTI3NDY3Mg=="
#EXT-X-STREAM-INF:BANDWIDTH=3089900,AVERAGE-BANDWIDTH=3089900,CODECS="mp4a.40.2,avc1.640020",RESOLUTION=1280x720,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQyMWQzZTc0NDA3NGM2NTgwZDNhNGMwNzMxMzViMDM3M2Y1NThhZjU3ODEyYzgxNTQyNzA4NGE1NDJjMmZlZA==

---

[3] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

#EXT-X-STREAM-INF:BANDWIDTH=1489400,AVERAGE-BANDWIDTH=1489400,CODECS="mp4a.40.2,avc1.64001f",RESOLUTION=854x480,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/dzQQKHqOdez02zgMJDG9Gt00vSGo59A6uhdRcvMeR98bIH019FFt7Mf9PFxgqH016IB1CFEThvdW4FAPy41GrX4JzPUoDHS3qp01kMdSq024027bt8/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNzEwYzI5NWQxYzhmZGMxZTYwY2I1MWRjM2NmYjRiNjNlMjdiZTM0NDBmNDAxNmY5NWY0MDhjMDkyOWZiZTY1OA==
#EXT-X-STREAM-INF:BANDWIDTH=775500,AVERAGE-BANDWIDTH=775500,CODECS="mp4a.40.2,avc1.64001e",RESOLUTION=480x270,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYjYxODVmM2ZjYjUyMWY3OTkxYzZmNjcxOWUwOWZlYzIzYjA4MmMyNDdkNTgwMWRlNjM5OWY3MDM1MjczZjIwMg==
#EXT-X-STREAM-INF:BANDWIDTH=6076400,AVERAGE-BANDWIDTH=6076400,CODECS="mp4a.40.2,avc1.64002a",RESOLUTION=1920x1080,CLOSED-CAPTIONS=NONE,SUBTITLES="sub1"
https://manifest-oci-us-ashburn-1-vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?cdn=fastly&expires=1772139600&rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM2RlZDA4Mzk3MjcxZTExMDQ0YTliYjg1NTY0OGQ2MGQyOGNhOTMzYzA2ZjFhNzE4YzlkZTY1N2U5NGZhMzIxMQ==

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 775500 (referred to herein as the "775500 Bandwidth") having a resolution of 480x270

- 3089900 (referred to herein as the "3089900 Bandwidth") having a resolution of 1280x720

- 6076400 (referred to herein as the "6076400 Bandwidth") having a resolution of 1920x1080

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the token associated with the stream file path. For example:

6

| Bandwidth | Token[4] |
|---|---|
| 775500 Bandwidth | rO8ZVI602NTU00nLqFde01FvFF02XFJL01SdIqiS8Cm02fvMp92UPDzSuVwIOgVpHqs500WgiCxRAVQWPeZ7bCcMkMXnUoUNfkZxm6l/rendition.m3u8?... |
| 3089900 Bandwidth | kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7wgrq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?... |
| 6076400 Bandwidth | 2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?... |

The video server stores "a plurality of different bit rates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream." The HLS protocol indicates that "[a] Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation." RFC 8216 at 4; *see also* RFC 8216 at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation.").

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Thus, each of the files or streamlets in a set must yield a different portion of the video on playback.

The files across the different copies yield the same portions of the video on playback because, for example, as set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43.

Further, "[m]atching content in Variant Streams MUST have matching timestamps" to allow the Accused Websites to synchronize the media. RFC 8216 at 43. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

---

[4] Token abbreviated for readability.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[b]    wherein each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets;

As shown above in elements 1[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

As part of its offering streaming services to customers, Patreon uses, engages with, or induces others to execute processes for streaming digital content wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, and each streamlet corresponding to a portion of the digital content.

Further, HLS Media Segments encode the same video content at a plurality of different bitrates. RFC 8216 at 5-6.  As shown in the excerpts of the master playlist file of the instant test, the video offered on Patreon's Site is encoded at different bitrates, including at least three bandwidth versions, each of which, when selected, returns at least a first and a second streamlets of the Patreon Site's video.

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **775500 Bandwidth** version can be considered a low-quality stream, the **3089900 Bandwidth** version can be considered a medium-quality stream, and the **6076400 Bandwidth** version can be considered a high-quality stream.

A client device accessing the Patreon Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Patreon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the Patreon Site selects the **3089900 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the Patreon Site. The Patreon Server(s) returns the playlist file with the contents below.

8

#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:6
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uz
lJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjBi
ZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uz
lJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRk
YzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uz
lJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZGk1MDU3NjY4ZDRlOGQ2MjE4ZjUwN
GEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uz
lJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOT
E1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uz
lJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts
?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=Njlh
MGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZ
jk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1

---

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

9

| [***] |
| --- |

The variant playlist file is an HLS playlist. Each line in the file path "kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7w grq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 5 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the Patreon Site selects the **6076400 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The Patreon Server(s) returns the playlist file for the **6076400 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:6
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM
TkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJlMjVhZjUyNWM
0Mzk3ZjU1MTA5MzU5YQ==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZ
GQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU
2NDE0ZDVhYWQyYTA1NThmZA==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfY
mYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzV
iNzNhYWY2ZjQ4N2Y3YjdjZA==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw
2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02Fm
qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfY
WQxZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5
YzQ3NGI2ZWJiM2VmMw==&zone=1
#EXTINF:5,
https://chunk-oci-us-ashburn-1-
```

10

vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw 2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02Fm qsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfM jc0ZmYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcxMjE3NGEzMThj NWUyYmE5NDllOGJlNjA5Nw==&zone=1

[***]

As with the variant playlist file for the **3089900 Bandwidth** version, the variant playlist file for the **6076400 Bandwidth** version is an HLS playlist. Each line in the file path "manifest-oci-us-ashburn-1-vop1.fastly.mux.com/2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKV rRjSoyg02yN6erATIPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 5 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "seg-") are the same duration across variant playlists. For example, the streamlets beginning "3.ts..." in the **3089900 Bandwidth** variant playlist and "3.ts..." in the **6076400 Bandwidth** variant playlist, respectively, have durations of 5 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *1[c]    wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and*

As shown above in elements 1[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

As shown above for element 1[b], at least one of the variant streams identified by the example HLS Master Playlist are encoded at a bit rate of over 600 kbps. . For example, the **6076400 Bandwidth** variant is encoded at an average bitrate of roughly 6076 kbps, which is more than 600 kbps.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps.

11

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *1[d]    wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream, and*

As shown above in elements 1[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" (i.e., the same portion of the video) at different bitrates. RFC 8216 at 42. In the case of the first streamlet of the low, medium, and high quality streams, the same first portion of the video is encoded. Furthermore, the bitrate of the first streamlet in the low quality stream is necessarily lower than the bitrate of the first streamlet in the medium or high quality streams.

As shown for example below, each of the **3089900 Bandwidth** and **6076400 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [6]Bandwidth | Streamlet |
|---|---|
| **3089900 Bandwidth** | #EXTM3U <br><br> #EXT-X-VERSION:3 <br><br> #EXT-X-TARGETDURATION:6 <br><br> #EXT-X-PLAYLIST-TYPE:VOD <br><br> #EXTINF:5, <br><br> https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2b0cN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1 |

---

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- BLUE = media segment
- PURPLE = identifier for media segment

| | |
|---|---|
| | #EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlOGQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZjk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1<br><br>[***] |
| **6076400 Bandwidth** | ##EXTM3U<br><br>#EXT-X-VERSION:3 |

#EXT-X-TARGETDURATION:6

#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJlMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzViNzhhYWY2ZjQ4N2Y3YjdjZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQxZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc

| |
|---|
| kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0Z mYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcx MjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1 |
| [***] |

The variant playlist file for the **3089900 Bandwidth** version is an HLS playlist. Each line in the file path "kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7w grq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 5 seconds long and return sequential segments of the video.

As with the variant playlist file for the **3089900 Bandwidth** version, the variant playlist file for the **6076400 Bandwidth** version is an HLS playlist. Each line in the file path "2Hr5annfR4iHZPPQWXIyy4umz2ceh3RAhquv702zM7O00FW77BbZKVrRjSoyg02yN6erAT IPRw9qxHRlryN3VsQxSK9bmybhuGT/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 5 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "[#].ts") are the same duration across variant playlists. For example, the streamlets "1.ts" in the **3089900 Bandwidth** variant playlist and "1.ts" in the **6076400 Bandwidth** variant playlist, respectively, have durations of 5 seconds and are equally distant in time from the first streamlet.

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Patreon's server(s).

Indeed, to adapt playback between different bitrate Variant Streams, the Patreon Site "can use the EXTINF durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new Variant Stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

15

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *1[e]    wherein the first streamlet of the low quality stream encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.*

As shown above in elements 1[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" (i.e., the same portion of the video) at different bitrates. RFC 8216 at 42. In the case of the first streamlet of the low, medium, and high quality streams, the same first portion of the video is encoded. Furthermore, the bitrate of the first streamlet in the low quality stream is necessarily lower than the bitrate of the first streamlet in the medium or high quality streams.

As shown for example below, each of the **3089900 Bandwidth** and **6076400 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [7]Bandwidth | Streamlet |
|---|---|
| **3089900 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3 mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH 89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0 NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0 YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1 |

---

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- BLUE = media segment
- PURPLE = identifier for media segment

| | |
|---|---|
| | #EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlOGQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZTI4OWM5N2NiZjk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1<br><br>[***] |
| **6076400 Bandwidth** | ##EXTM3U<br><br>#EXT-X-VERSION:3 |

#EXT-X-TARGETDURATION:6

#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkzMTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJlMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQwNWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYzMjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBkMmU2MTk3NzViNzhYWY2ZjQ4N2Y3YjdjZA==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQxZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNhYzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc

18

| | kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0Z mYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcx MjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1 |
| --- | --- |
| | [***] |

The variant playlist file for the **3089900 Bandwidth** version is an HLS playlist. Each line in the file path "kBQnaJDBsy800oeFOPrdWQsu3GFRF2E00GDfHnnvrzlRda02p1amOdVyKc0087ZsWXx7w grq7bgssBGbacqoeM9241Y54KEOxmNZU00KtQMCLeRY/rendition.m3u8?..." that begins with "#EXTINF" specifies the length of the segments in seconds. As with the variant playlist file for the **3089900 Bandwidth** version, the variant playlist file for the **6076400 Bandwidth** version is an HLS playlist. Most of the streamlets, with few exceptions, are 5 seconds long and return sequential segments of the video. The segments of each streamlet (identified by "[#].ts") in each playlist are encoded at different bandwidths For example, the streamlets "1.ts" in the **3089900 Bandwidth** variant playlist and "1.ts" in the **6076400 Bandwidth** variant playlist, respectively, represent the same portion of the video provided on-demand from Patreon's server(s) encoded at different bandwidths.

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Patreon's server(s) encoded at different bandwidths.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet wherein the first streamlet of the low quality stream encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

B.    Claim 8

| |
| --- |
| *8[a]    The system of claim 1, further comprising:* |
| *a first web server configured to:* |

As shown above in elements 1[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

19

When executed, the Patreon Site operates a media player operating on a client device, which is configured to request Patreon's digital content from one or more servers via at least one TCP connection over the network.

Patreon's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Patreon Site. Patreon confirms that it provides videos to client devices through media players on its website, accessible at https://support.patreon.com/hc/en-us/articles/360032144971-Upload-your-videos-with-Vimeo (last visited 4/20/2026) ("Eligible members can view your video on the Patreon website and mobile app.") (emphasis added). Further, on information and belief, employees, affiliates, and/or agents of Patreon have tested and used the Patreon Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

The Patreon Site includes a media player configured to stream the video from one or more servers via at least one TCP connection over the network.

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [8]Method | Host | Path[9] | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?... | … | Complete |

---

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

[9] Video path abbreviated for readability throughout.

| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/1.ts?... | … | Complete |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/5.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/6.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E | … | Complete |

| | | 00EI9MIGi02nhDCvdk2 KCO8HfYYtpXKNYU8p S/7.ts?... | | |
|---|---|---|---|---|

The URI **chunk-oci-us-ashburn-1-vop1.fastly.mux.com** is affiliated with the below IP addresses:

```
C:\Users\        >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:  AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:     dualstack.j.sni.global.fastly.net
Addresses:  2a04:4e42::644
            2a04:4e42:200::644
            2a04:4e42:400::644
            2a04:4e42:600::644
            151.101.130.132
            151.101.2.132
            151.101.194.132
            151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

Windows Powershell nslookup for chunk-oci-us-ashburn-1-vop1.fastly.mux.com (highlights added).

Thus, the Patreon Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 8[b]    *receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bit rate version of the video;*
>
> *retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and*

As shown above in elements 1[pre]-[e] and 8[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e], B.8[a].

22

When executed, the Patreon Site operates a media player operating on a client device, which is configured to request Patreon's digital content from one or more servers via at least one TCP connection over the network.

Patreon's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Patreon Site. Patreon confirms that it provides videos to client devices through media players on its website, accessible at https://support.patreon.com/hc/en-us/articles/360032144971-Upload-your-videos-with-Vimeo (last visited 4/20/2026) ("Eligible members can view your video on the Patreon website and mobile app.") (emphasis added). Further, on information and belief, employees, affiliates, and/or agents of Patreon have tested and used the Patreon Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Patreon Site requests streamlets from the one or more servers associated with Patreon via HTTP GET requests. The client device accessing the Patreon Site evaluates the established TCP connections to determine if transmission of the files have been duplicated, delayed, lost, are out of sequence, or are otherwise deficient pursuant to certain parameters. If so, the client device accessing the Patreon Site makes requests to the server to retransmit or adjust transmission of the files. Once the client device accessing the Patreon Site determines that it has received the files such that they may be played in the appropriate order, the media files are accordingly played back on the client device in, for example, ascending chronological order. The server(s) associated with the host URI (**chunk-oci-us-ashburn-1-vop1.fastly.mux.com**) for the instant test video are identifiable at the below IP addresses:

23

```
C:\Users\         >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:   AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:     dualstack.j.sni.global.fastly.net
Addresses:  2a04:4e42::644
            2a04:4e42:200::644
            2a04:4e42:400::644
            2a04:4e42:600::644
            151.101.130.132
            151.101.2.132
            151.101.194.132
            151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

Additionally, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the Patreon Site to synchronize the media. RFC 8216 at 43. And, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

As noted above, the variant playlist file is an HLS playlist.  Each line in the file that begins with "#EXTINF" specifies the length of the segments in seconds.  The line below the #EXTINF file is the location of the video file.  In the present test, the End User Station uses HTTP GET requests to request and retrieve the segments of the encoded stream specified in the file above. The video files are hosted at **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**, and most of the streamlets, with a few exceptions, are 5 seconds long.

The received playlists at each resolution includes video streamlets.  Within each bandwidth playlist file, there are multiple .ts files, each .ts file in each respective bandwidth playlist file yielding the same segmented moments in the video.

| Bandwidth | Streamlet |
|---|---|
| **3089900 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5, |

24

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZTY3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlOGQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQzYWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41NdxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0

25

| | |
|---|---|
| | NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZT I4OWM5N2NiZjk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1<br><br>[***] |
| **6076400 Bandwidth** | ##EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkz MTBkY2VkOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJ lMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQw NWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2 ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYz MjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBk MmU2MTk3NzViNzhYWY2ZjQ4N2Y3YjdjZA==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk |

26

| | |
|---|---|
| | 2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQx ZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNh YzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0Z mYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcx MjE3NGEzMThjNWUyYmE5ND llOGJlNjA5Nw==&zone=1<br><br>[***] |

On information and belief, the other variant stream playlists comprise the same number of streamlets, each corresponding to the same portion of video as is respective counterpart in the streamlet files shown above.

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [10]Method | Host | Path[11] | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/X01M6xIeXLe Z01B4d6P00500QSad41 NdxfTtOD3eRJHK01uzlJ dJgH2bOcN00xnIYFXGF i8y8LW8Um501xvxJ3m VPHdmOtWuhIAik4Y01 HbUkYPzqYI/0.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN4 02CDDqnIixIi01KZorCG ckK02XCqDd02XHRw2 FwzSPeNq8LFmbte024E 00EI9MIGi02nhDCvdk2 | … | Complete |

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
  - ORANGE = one or more servers
  - BLUE = media segment

[11] Video path abbreviated for readability throughout.

| | | | | |
|---|---|---|---|---|
| | | KCO8HfYYtpXKNYU8pS/1.ts?... | | |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/5.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/6.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/7.ts?... | … | Complete |

28

As explained above, a client device accessing the Patreon Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Patreon. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

In the instant test shown above, the client device initially requests the first streamlet storing the first temporal portion of the video, e.g., "0.ts."

Patreon's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Patreon Site, "[t]he client," which is the client device accessing the Patreon Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet including (1) receiving at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bit rate version of the video and (2) retrieving from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this limitation, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *8[c]    send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.*

As shown above in elements 1[pre]-[e] and 8[a]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e], B.8[a]-[b].

29

When executed, the Patreon Site operates a media player operating on a client device, which is configured to request Patreon's digital content from one or more servers via at least one TCP connection over the network.

Patreon's content is stored on one or more servers over a network and is displayed to client devices via a media player embedded in the web page of the Patreon Site. Patreon confirms that it provides videos to client devices through media players on its website, accessible at https://support.patreon.com/hc/en-us/articles/360032144971-Upload-your-videos-with-Vimeo (last visited 4/20/2026) ("Eligible members can view your video on the Patreon website and mobile app.") (emphasis added). Further, on information and belief, employees, affiliates, and/or agents of Patreon have tested and used the Patreon Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

During streaming of the instant test video, a plurality of TCP connections is established to transmit video files from one or more servers to the client device. The client device accessing the Patreon Site requests streamlets from the one or more servers associated with Patreon via HTTP GET requests. The client device accessing the Patreon Site evaluates the established TCP connections to determine if transmission of the files have been duplicated, delayed, lost, are out of sequence, or are otherwise deficient pursuant to certain parameters. If so, the client device accessing the Patreon Site makes requests to the server to retransmit or adjust transmission of the files. Once the client device accessing the Patreon Site determines that it has received the files such that they may be played in the appropriate order, the media files are accordingly played back on the client device in, for example, ascending chronological order. The server(s) associated with the host URI (**chunk-oci-us-ashburn-1-vop1.fastly.mux.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\           >nslookup chunk-oci-us-ashburn-1-vop1.fastly.mux.com
Server:   AUSDC01.bakerbotts.net
Address:  10.40.254.81

Non-authoritative answer:
Name:      dualstack.j.sni.global.fastly.net
Addresses:  2a04:4e42::644
            2a04:4e42:200::644
            2a04:4e42:400::644
            2a04:4e42:600::644
            151.101.130.132
            151.101.2.132
            151.101.194.132
            151.101.66.132
Aliases:  chunk-oci-us-ashburn-1-vop1.fastly.mux.com
```

Additionally, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the Patreon Site to synchronize the media. RFC 8216 at 43. And, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

As noted above, the variant playlist file is an HLS playlist. Each line in the file that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. In the present test, the End User Station uses HTTP GET requests to request and retrieve the segments of the encoded stream specified in the file above. The video files are hosted at **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**, and most of the streamlets, with a few exceptions, are 5 seconds long.

The received playlists at each resolution includes video streamlets. Within each bandwidth playlist file, there are multiple .ts files, each .ts file in each respective bandwidth playlist file yielding the same segmented moments in the video.

| Bandwidth | Streamlet |
|---|---|
| **3089900 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5, |

31

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N
dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3
mVPHdmOtWuhIAik4Y01HbUkYPzqYI/0.ts?rid=Ir02FmqsqUnMIpEqH
89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0
NTBfMjQ4MDQxNmZmNzcwYzViZmVjNGQ5NTVmY2NkNjk4NTI0
YmQyYmIyYjBiZjA2Nzc3NDQ3Y2FiODU2ZTUyNDJkZQ==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N
dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3
mVPHdmOtWuhIAik4Y01HbUkYPzqYI/1.ts?rid=Ir02FmqsqUnMIpEqH
89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0
NTBfZmU2OGZmYjc3MjgzM2ZlOTFlYzU4ZmM5ODlkMzliODdkZT
Y3MWM4ZGRkYzFlZTNmMTJjN2Q2ZDAyMzVhZjRhMw==&zone=
1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N
dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3
mVPHdmOtWuhIAik4Y01HbUkYPzqYI/2.ts?rid=Ir02FmqsqUnMIpEqH
89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0
NTBfNTM5ZDJiMTAxYzgxNTZjOWNjZTI2ZDk1MDU3NjY4ZDRlO
GQ2MjE4ZjUwNGEwN2UzNmNiZDA2M2YwMWMwMjZiNQ==&zo
ne=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N
dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3
mVPHdmOtWuhIAik4Y01HbUkYPzqYI/3.ts?rid=Ir02FmqsqUnMIpEqH
89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0
NTBfMmEzODNjZjRlOTJjMjBjMTU4ZjY4YmNjMjk2Yjg5ZDFkZGQz
YWQxOTYzOTE1NmZmNTA2YmIxNjIxNzliZWNjNw==&zone=1

#EXTINF:5,

https://chunk-oci-us-ashburn-1-
vop1.fastly.mux.com/v1/chunk/X01M6xIeXLeZ01B4d6P00500QSad41N
dxfTtOD3eRJHK01uzlJdJgH2bOcN00xnIYFXGFi8y8LW8Um501xvxJ3
mVPHdmOtWuhIAik4Y01HbUkYPzqYI/4.ts?rid=Ir02FmqsqUnMIpEqH
89MdlvWa15QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0

32

| | |
|---|---|
| | NTBfNjVjZjZhYTU2MjUwNjJkMTU2OTA5YzRkMDZjMmNjZTk1ZT I4OWM5N2NiZjk1ODRmYjZiZjRkY2NkYTE3NmY3NA==&zone=1<br><br>[***] |
| **6076400 Bandwidth** | ##EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-TARGETDURATION:6<br><br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/0.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMTkz MTBkY2VkOTFjOThhZjFjYjk3NGFhN2ZjYjJmZTY4MjdmMmQ4ODJ lMjVhZjUyNWM0Mzk3ZjU1MTA5MzU5YQ==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/1.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfZGQw NWY4YzQ0ZGQzNDc3ZDVjYjRjOWVhMDUwYzgzODQ2ZmFhYjU2 ODkxODcwNjU2NDE0ZDVhYWQyYTA1NThmZA==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/2.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYmYz MjYxMzY2ZWZkMzJjODk0MGMyODIyYjBkNjdkYmVmM2YyNTBk MmU2MTk3NzViNzhhYWY2ZjQ4N2Y3YjdjZA==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk |

33

| |
|---|
| 2KCO8HfYYtpXKNYU8pS/3.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfYWQx ZTFiZjdhNzc2OTFiYTI2YTE1Y2Q4ZWQ3MTVlNTk3Mjk3OThjMjNh YzE3YmE4ODI5YzQ3NGI2ZWJiM2VmMw==&zone=1<br><br>#EXTINF:5,<br><br>https://chunk-oci-us-ashburn-1-vop1.fastly.mux.com/v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGc kK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk 2KCO8HfYYtpXKNYU8pS/4.ts?rid=Ir02FmqsqUnMIpEqH89MdlvWa1 5QwOo6dCnelCtSI9YI&skid=default&signature=NjlhMGI0NTBfMjc0Z mYyMDMwZTRhMzNjMGU3N2Q5NTBjMWU4ZGU1MjUzOGFiNjcx MjE3NGEzMThjNWUyYmE5NDllOGJlNjA5Nw==&zone=1<br><br>[***] |

On information and belief, the other variant stream playlists comprise the same number of streamlets, each corresponding to the same portion of video as is respective counterpart in the streamlet files shown above.

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **chunk-oci-us-ashburn-1-vop1.fastly.mux.com**.

| [12]Method | Host | Path[13] | … | Status |
|---|---|---|---|---|
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/X01M6xIeXLe Z01B4d6P00500QSad41 NdxfTtOD3eRJHK01uzlJ dJgH2bOcN00xnIYFXGF i8y8LW8Um501xvxJ3m VPHdmOtWuhIAik4Y01 HbUkYPzqYI/0.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN4 02CDDqnIixIi01KZorCG ckK02XCqDd02XHRw2 FwzSPeNq8LFmbte024E 00EI9MIGi02nhDCvdk2 | … | Complete |

---

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Patreon's operation and is not intended to limit DISH's position with respect to how Patreon practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

[13] Video path abbreviated for readability throughout.

| | | | | |
|---|---|---|---|---|
| | | KCO8HfYYtpXKNYU8pS/1.ts?... | | |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/2.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/3.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/4.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/5.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/6.ts?... | … | Complete |
| GET | chunk-oci-us-ashburn-1-vop1.fastly.mux.com | /v1/chunk/aKy2WcAyN402CDDqnIixIi01KZorCGckK02XCqDd02XHRw2FwzSPeNq8LFmbte024E00EI9MIGi02nhDCvdk2KCO8HfYYtpXKNYU8pS/7.ts?... | … | Complete |

35

Patreon's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the Patreon Site, "[t]he client," which is the client device accessing the Patreon Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. Patreon uses a system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the internet including sending the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.

To the extent that Patreon contends that the Accused Websites do not literally satisfy this claim or any limitation thereof, Patreon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.